UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN ERNESTO HENRIQUEZ BONILLA (A079238700) | DOCKET NO. 15-cv-1209; SEC. P |
| VERSUS | JUDGE DRELL |
| ERIC HOLDER, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be denied and dismissed with prejudice.

**THUS DONE AND SIGNED,** at Alexandria, Louisiana, on this 28 day of July, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT